# UNITED STATES DISTRICT COURT

## for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Johnathan L. Locklear**                    **Docket No.  5:13-MJ-1601-1**

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnathan L. Locklear, who, upon an earlier plea of guilty to Misdemeanor Possession of a Controlled Substance in violation of 21 U.S.C. §844, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on October 8, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional condition: The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has not paid the fine and special assessment imposed in this case. The balance on the fine is currently $925.00. He has been otherwise compliant with all probation conditions. An extension of probation for three months will allow the defendant time to comply with this requirement. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows: That the term of supervision be extended 3 months from the expiration date of October 7, 2014, until January 7, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the
                                          foregoing is true and correct.


 /s/ Robert K. Britt                       /s/ Thomas E. Sheppard
Senior U.S. Probation Officer             U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone:  (910) 483-8613
                                          Executed On:  October 2, 2014

## ORDER OF COURT

Considered and ordered this __3rd__ day of ___October___, 2014, and ordered filed and made a part of the records in the above case.


_____
James E. Gates
U.S. Magistrate Judge